IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN LEACH,
    Plaintiff,

v.      CIVIL ACTION NO. 19-CV-3233

PPS PHILA PRISON SYSTEM,
    Defendant.

FILED
JUL 29 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 29th day of July, 2019, upon consideration of Plaintiff Kevin Leach's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. Leach is given thirty (30) days to file an amended complaint. Any amended complaint must identify all defendants in the caption of the amended complaint and shall state the basis for Leach's claims against each defendant. Defendants who are not named in the caption will not be treated as defendants in this case. When drafting his amended complaint, Leach should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court shall send Leach a blank copy of the Court's form general

complaint to be used by a *pro se* plaintiff bearing the above civil action number. Leach may use this form to file his amended complaint if he chooses to do so.

6. If Leach fails to comply with this Order, his case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

/s/ John R. Padova
JOHN R. PADOVA, J.

7/30/19 mail
Leach

xc: Forms